UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WELLS FARGO INSURANCE SERVICES USA,
INC. and USI INSURANCE SERVICES LLC,

                        Plaintiffs,

              v.

DEVIN BLAZIER,

                        Defendant.
-------------------------------------------------------------x

Case No. 17-CV-9520 (KMK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       **IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties, that the above-entitled action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: February 13, 2018
       New York, New York

| | |
|---|---|
| **TARTER KRINSKY & DROGIN LLP** | **CURLEY, HURTGEN & JOHNSRUD LLP** |
| _[signature]_ | _[signature]_ |
| Laurent S. Drogin, Esq. | Michael A. Curley, Esq. |
| David N. Kleinmann, Esq. | Charles W. Fournier, Esq. |
| 1350 Broadway, 11th Floor | 5 Penn Plaza, 23rd Floor |
| New York, New York 10018 | New York, New York 10001-1821 |
| (212) 216-8000 | (646) 378-2231 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED
_[signature]_
KENNETH M. KARAS U.S.D.J.
2/14/18

{Client/002130/4/01493727.DOCX;1 }